UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARMAINE CUSTIS,<br><br>        Plaintiff,<br><br>   v.<br><br>PENDOT, et. al.,<br><br>        Defendants. | CIVIL ACTION NO. 1:21-CV-01377<br><br>(MEHALCHICK, M.J.) |

### ORDER

    **AND NOW**, this 20th day of September, 2021, in accordance with the Memorandum filed concurrently herewith, it is hereby **ORDERED** that, having determined that Plaintiff's Complaint (Doc. 1) fails to state a claim upon which relief can be granted, Plaintiff is hereby granted leave to file an amended complaint within 30 days of the date of this Order on or before **October 20, 2021**.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**