UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARMAINE CUSTIS,<br><br>             Plaintiff,<br><br>   v.<br><br>PENDOT, et. al.,<br><br>             Defendants. | CIVIL ACTION NO. 1:21-CV-01377<br><br>(MEHALCHICK, M.J.) |

### ORDER

**AND NOW**, this 19th day of July, 2022, in accordance with the Memorandum filed concurrently herewith, it is hereby **ORDERED** that, having determined that Plaintiff's "tentative" amended complaint (Doc. 13) fails to state a claim upon which relief can be granted, Plaintiff is hereby granted leave to file a second amended complaint within 30 days of the date of this Order on or before **August 18, 2022**.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**